**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Criminal Case No.  10-cr-00381-LTB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.     JARONE KHATIYAVONG,

       Defendant.

___

**MINUTE ORDER**
___

BY ORDER OF JUDGE LEWIS T. BABCOCK

    A hearing for a change of plea is set Wednesday, September 8, 2010 at 9:00 a.m. in Courtroom C401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.  Defendant must be present.

Dated:  July 28, 2010